**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

JUN - 5 2007

|   |   |
|---|---|
| ASPEN UNIVERSITY INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:07CV379-CMH/TRJ |
| ) | |
| WARREN NATIONAL UNIVERSITY, LLC, ) | |
| VANTAGE MEDIA CORPORATION, and ) | |
| AN UNKNOWN AGENT/CO-DEFENDANT, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] AGREED ORDER

Upon consideration of the Joint Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, and for good cause shown, it is hereby

ORDERED that the Joint Motion is GRANTED; and it is

FURTHER ORDERED that the Defendants shall answer or otherwise respond to the Complaint on or before June 7, 2007; and it is

FURTHER ORDERED that nothing herein shall be deemed a waiver of any substantive or procedural defenses that may be available to the defendants, including but not limited to lack of jurisdiction over the person, improper venue, insufficiency of process, or insufficiency of service of process.

SO ORDERED this 5th day of May, 2007.

/s/Thomas Rawles Jones, Jr.
~~Hon. Claude M. Hilton~~
~~United States District~~ Judge

THOMAS RAWLES JONES, JR.
U.S. MAGISTRATE JUDGE
EASTERN DISTRICT OF VIRGINIA

APPROVED AS TO FORM AND SUBSTANCE:

   /s/ John W. Dozier Jr.
John W. Dozier Jr. (VSB No. 20559)
DOZIER INTERNET LAW, P.C.
301 Concourse Blvd.
West Shore 111, Suite 300
Glen Allen, VA 23059
Telephone:   804-346-9770
Facsimile:   804-346-0800

**ATTORNEYS FOR PLAINTIFF**


   /s/ Jason C. Schwartz
Jason C. Schwartz (VSB No. 43635)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone:   (202) 955-8500
Facsimile:   (202) 467-0539

**ATTORNEY FOR DEFENDANT
VANTAGE MEDIA, LLC**


   /s/ Kevin B. Bedell
Kevin B. Bedell  (VSB No. 30314)
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, 12th Floor
McLean, VA 22102
Telephone:   (703) 749-1300
Facsimile:   (703) 749-1301

Ian C. Ballon (pro hac vice pending)
Wendy M. Mantell (pro hac vice pending)
GREENBERG TRAURIG, LLP
2450 Colorado Ave., Suite 400E
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

**ATTORNEY FOR DEFENDANT
WARREN NATIONAL UNIVERSITY, LLC,**