IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ASPEN UNIVERSITY INC., <br><br> Plaintiff, <br><br> -against- <br><br> WARREN NATIONAL UNIVERSITY, LLC, VANTAGE MEDIA CORPORATION, and AN UNKNOWN AGENT/CO-DEFENDANT, <br><br> Defendants. | C.A. No. 1:07CV379-CMH/TRJ |

**Required Statement Under Local Civil Rule 7.1**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Vantage Media, LLC (sued as Vantage Media Corporation in the above captioned action), certifies that Vantage Media, LLC is a wholly-owned subsidiary of Vantage Holdings LLC.

Dated: June 7, 2007

Respectfully submitted,

By: ____/s/_____

Christyne K. Brennan, Esq.
Virginia Bar No. 48114
Attorney for Defendant Vantage Media, LLC
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Fax: (202) 467-0539
cbrennan@gibsondunn.com

OF COUNSEL:
Scott A. Edelman
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
Telephone: (310) 552-8500
Fax: (310) 551-8741

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2007, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John Wesley Dozier, Jr.
Dozier Internet Law PC
301 Concourse Blvd
West Shore III Suite 300
Glen Allen, Virginia 23059
(804) 346-9770
john@cybertriallawyer.com

Kevin Bryan Bedell
Greenberg Traurig LLP
1750 Tysons Blvd
Ste 1200
McLean, Virginia 22102
(703) 749-1339
bedellk@gtlaw.com

Additionally, I hereby certify that on the 7th day of June, 2007, I caused the foregoing to be hand-delivered to the following:

John Wesley Dozier, Jr.
Dozier Internet Law PC
301 Concourse Blvd
West Shore III Suite 300
Glen Allen, Virginia 23059
(804) 346-9770
john@cybertriallawyer.com

      /s/_____

Christyne K. Brennan, Esq.
Virginia Bar No. 48114
Attorney for Defendant Vantage Media, LLC
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Fax: (202) 467-0539
cbrennan@gibsondunn.com